IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MISC 05 - 124

ROSEMARIE SANTIAGO,

Plaintiff,

v.

BILLY JOE LOFLIN, JR. AND SWIFT TRANSPORTATION COMPANY, INC.,

Defendant.

CIVIL ACTION
FILE NO.: ______________

**CERTIFICATE OF GOOD FAITH**

COME NOW defendants in the above referenced matter and certify that pursuant to Federal Rule of Civil Procedure 37(a)(2)(A), they have in good faith conferred and attempted to confer with Beacon Mutual Insurance Company in an effort to secure the disclosure without Court action, as noted in the copies of defendants' letters dated September 2, 2004, October 25, 2004, and July 13, 2005.

DENNIS, CORRY, PORTER & SMITH, L.L.P.

By: ______________________
RAYMOND J. KUREY
Georgia Bar No. 430472
RYAN T. STRICKLAND
Georgia Bar No. 687904
For the Firm

Attorney for Defendant

Piedmont Fourteen
3535 Piedmont Road, Suite 900
Atlanta, Georgia 30305-4611
Telephone: (404) 365-0102
Facsimile: (404) 365-0134

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed **CERTIFICATE OF GOOD FAITH** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Richard H. Middleton, Jr., Esq.
The Middleton Firm, LLC
P. O. Box 10006
Savannah, GA 31412

Beacon Mutual Insurance Co.
Attn.: Records Custodian
One Beacon Centre
Warwick , RI 02886

This 27 day of September, 2005.

**RYAN T. STRICKLAND**
For the Firm