IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROSEMARIE SANTIAGO,

Plaintiff,

v.

BILLY JOE LOFLIN, JR. AND SWIFT TRANSPORTATION COMPANY, INC.,

Defendant.

MISC 05 -124

CIVIL ACTION FILE NO.: ____________________

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BEACON MUTUAL INSURANCE COMPANY**

COME NOW Defendants in the above-styled action (hereinafter, "Defendants") by and through the undersigned counsel, and move this Court, pursuant to Federal Rule of Civil Procedure 37 for an order compelling non-party Beacon Mutual Insurance Company (hereinafter, "Beacon") to produce documents pursuant to subpoena. In support of this motion, Defendants refer this Honorable Court to Defendants' Memorandum of Law filed herewith.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY BEACON MUTUAL INSURANCE COMPANY by** depositing said copy in the United States mail in a properly-addressed envelope with adequate postage thereon to:

Richard H. Middleton, Jr., Esq.
The Middleton Firm, LLC
P. O. Box 10006
Savannah, GA 31412

Beacon Mutual Insurance Co.
Attn.: Records Custodian
One Beacon Centre
Warwick , RI 02886

This 29 day of September, 2005.

**RYAN T. STRICKLAND**
For the Firm

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.